IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNOAL O. VASSER,      ) | |
| ) | |
|     Plaintiff,      ) | |
| ) | |
| v.      ) | Case No.: 3:03 cv 678 JPG |
| ) | |
| A. WYDECK, et al.,      ) | |
| ) | |
|     Defendant.      ) | |

**ORDER**

This matter is before the Court on the Motion to Change Venue filed by the plaintiff, Donnoal O. Vasser, on April 15, 2005 (Doc. 15). The motion is **STRICKEN**.

This "motion" is not a motion at all but rather a request made in a letter. This letter violates Federal Rule of Civil Procedure 5 and Local Rule 7.1(b) as there is no indication that the document was served upon the defendants. In addition, as the letter does not contain a caption, there is no indication of whether the plaintiff is seeking relief in this case or the other case pending in this district under cause number 3:04 cv 896 JPG. The plaintiff **SHALL** <u>file</u> any future requests in the from of a **MOTION** and with the Clerk's office. Letters to chambers are **NOT** favored. In addition, the plaintiff is **CAUTIONED** to serve any such motions upon the defendants.

**DATED: June 15, 2005.**

                                                        s/ Donald G. Wilkerson
                                                        **DONALD G. WILKERSON**
                                                        **United States Magistrate Judge**