UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONNOAL O. VASSER,

      Plaintiff,

  v.

A. WYDECK, M. HELD, K BUSH, J. VINEYARD, and J. HARGETT,

      Defendants.

Case No. 03-cv-678-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 21) of Magistrate Judge Donald G. Wilkerson recommending that the Court dismiss without prejudice all claims in this case against defendant J. Hargett pursuant to Federal Rule of Civil Procedure 4(m).

After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file, has verified that Big Muddy Correctional Center has no record of any J. Hargett ever working there, and finds that the Report is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 21), **DISMISSES without prejudice** the claims in this case against defendant J. Hargett and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case. Defendant J. Hargett is terminated from this action.

**IT IS SO ORDERED.**
**DATED: December 14, 2005**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**