UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONNOAL O. VASSER,

    Plaintiff,

v.

A. WYDECK, M. HELD, K BUSH, J. VINEYARD, and J. HARGETT,

    Defendants.

Case No. 03-cv-678-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Donnoal O. Vasser's claims in this case against defendant J. Hargett are dismissed without prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants A. Wydeck, M. Held, K. Bush and J. Vineyard and against plaintiff Donnoal O. Vasser.

**DATED:** September 29, 2006        NORBERT JAWORSKI

                                            **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**